UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN PELESASA FUE,               )   Case No. CV 11-2436 DMG (MRW)
                     Petitioner,    )
          vs.                       )   JUDGMENT
LELAND McMEWEN, Warden,            )
                     Respondent.    )
_____        )

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATE:  January 3, 2012          _____
                                DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE