# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEVEN PELESASA FUE,

    Petitioner,

v.

LELAND McEWEN, Warden,

    Respondent.

Case No. CV 11-2436 DMG (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: December 28, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE